# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2021

*The Court of Appeals hereby passes the following order:*

## A21I0181. PRIME INSURANCE COMPANY et al. v. EAST COAST DISPATCH, LLC et al.

On April 5, 2021, Prime Insurance Company filed an application for interlocutory appeal. Upon consideration, the application is hereby DENIED.

Progressive Mountain Insurance Company filed an untimely response to the application, along with a "Request for Change in Filing Date" to reflect the earlier date when the response was rejected for e-filing. Progressive's request is DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/29/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*